Exhibit A to the Complaint

**Location:** Margate, FL  **IP Address:** 76.153.67.175
**Total Works Infringed:** 74  **ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | 02/06/2025 07:39:22 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 2 | 80494AFA4036C921B131676C3D1A61F5DE378231 | 02/06/2025 05:33:21 | Blacked | 04/10/2019 | 05/11/2019 | PA0002173883 |
| 3 | 9536019879F17F3B90AD722E8B0FAEC984EEEF5A | 02/01/2025 08:30:49 | Blacked Raw | 03/03/2019 | 04/17/2019 | PA0002186905 |
| 4 | 6969247E943872E95816B09121633CF225F30B77 | 01/30/2025 10:30:58 | Blacked Raw | 06/17/2024 | 07/15/2024 | PA0002480596 |
| 5 | 403C8C01BC2F40ED4F3C34B9040BAD024FEF26B1 | 01/29/2025 13:32:51 | Blacked | 05/25/2019 | 06/13/2019 | PA0002180952 |
| 6 | A697DE308520A74A35929A48D834E6A10747F054 | 01/29/2025 13:32:38 | Blacked | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 7 | CD7A06883B1CF9296599ADF9D6B94E357C5D5083 | 01/23/2025 04:58:59 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 8 | 8E5EBAB83CF4A1C580BAD3F54DDBB91B82A26A2D | 01/22/2025 07:09:28 | Blacked Raw | 08/26/2024 | 09/17/2024 | PA0002490350 |
| 9 | E9B275D900EAA0F53AF83265046BCF79D93E80F6 | 01/22/2025 04:36:04 | Blacked | 06/12/2024 | 06/18/2024 | PA0002476932 |
| 10 | 3A4FE1FC6E687091A4360806D00101F224E25D7B | 01/17/2025 09:34:03 | Blacked | 03/19/2024 | 04/10/2024 | PA0002464916 |
| 11 | 04CC516AD8A755B8232BDD58516915DCA220B91E | 01/14/2025 12:58:27 | Milfy | 06/12/2024 | 09/09/2024 | PA0002491143 |
| 12 | 8A648DB9622035F8BA2FEDE5F9EDE4894208D3E3 | 01/14/2025 12:53:23 | Blacked | 12/16/2019 | 01/22/2020 | PA0002234860 |
| 13 | 966af5d11568d7d5896168f66e882245ba8a5f07 | 01/14/2025 12:26:45 | Blacked Raw | 01/12/2020 | 02/04/2020 | PA0002225587 |
| 14 | F843A879D588AE73A56F2DC8BE9A4AF12D77F4CA | 12/20/2024 09:55:44 | Blacked Raw | 09/11/2023 | 09/17/2023 | PA0002430897 |
| 15 | 45D4AF0C0675541261833DD3255ABBED35C8CBD4 | 12/20/2024 04:41:58 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 16 | E429ECEA3CC731EE2C160A6E4D77991FECDF8897 | 12/14/2024 07:25:02 | Blacked | 11/11/2018 | 11/25/2018 | PA0002136642 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | D2B4C2613F8E4D42CDA01E8D2703FBBDE0C97200 | 12/04/2024 12:05:58 | Blacked | 03/21/2019 | 04/17/2019 | PA0002186999 |
| 18 | 6799F98C8266D28FE3F0530ECED6E28F55A803D6 | 12/03/2024 10:03:54 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 19 | 1950F45018EE6506C08C44869EE8AF468A1AE43A | 11/20/2024 07:56:21 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 20 | E8624225D2E6123709A1856A34FE2155AA338637 | 10/29/2024 16:36:53 | Blacked | 04/03/2024 | 04/10/2024 | PA0002464919 |
| 21 | 9FB1BDCE63AFC5A04F202FE935FCD91D5DE3CA2A | 10/17/2024 04:20:45 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 22 | CB41E5990B3894D520789567EA5749362717EB14 | 10/09/2024 09:26:15 | Blacked Raw | 10/07/2024 | 10/16/2024 | PA0002494689 |
| 23 | 7792eafacdcd3a85925bd116c71a4d46863d0336 | 10/09/2024 04:17:57 | Blacked Raw | 08/12/2024 | 09/17/2024 | PA0002490352 |
| 24 | 3e038b20d9fbd5e57e724e3cc4461ed537fdca7a | 10/07/2024 21:46:39 | Tushy | 12/10/2023 | 01/16/2024 | PA0002449506 |
| 25 | 1662ca746d52979ed1b13b0302453a02092a15ed | 10/06/2024 21:59:28 | Vixen | 06/03/2022 | 06/27/2022 | PA0002354958 |
| 26 | b5cbf9c052a396dab76465c2c5ccba0d8b175827 | 09/30/2024 05:35:50 | Vixen | 07/30/2021 | 08/20/2021 | PA0002312017 |
| 27 | 8F2DA95E6D53EDB6BE7BA538BBFDC8D7ACC86A7E | 09/25/2024 18:28:47 | Milfy | 08/14/2024 | 09/17/2024 | PA0002490354 |
| 28 | 2a9ba4d3ad3ba9dd6b1374cdd266942b7945bf35 | 09/23/2024 15:13:28 | Blacked Raw | 03/23/2020 | 04/17/2020 | PA0002246101 |
| 29 | e829aceac1c544421aaa4c550f5b204bf1c3d225 | 09/22/2024 14:22:41 | Blacked | 05/18/2024 | 06/18/2024 | PA0002476745 |
| 30 | 3db7f14fa47eec0fcecd8db0df1785b33555395d | 09/22/2024 13:11:12 | Tushy | 09/11/2022 | 10/05/2022 | PA0002373765 |
| 31 | 9e1d9102c4cf1f0f983bd875e982fd34e5625968 | 09/22/2024 08:22:24 | Milfy | 08/09/2023 | 12/05/2023 | PA0002443594 |
| 32 | 2f8dcbf390c30b6ca61a5f9fb36a326f747b5e65 | 09/20/2024 15:50:28 | TushyRaw | 08/23/2023 | 09/18/2023 | PA0002431079 |
| 33 | baaeedcf9d8e0da2799c11a5b39cc1a7056ef3fa | 09/17/2024 23:52:43 | Vixen | 07/16/2021 | 09/21/2021 | PA0002312673 |
| 34 | 2e5893c4f22f5584cb962444b1836edb2ebfaacd | 09/13/2024 21:20:30 | Tushy | 08/18/2024 | 09/18/2024 | PA0002490454 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 35 | 504b68886432693e1ab57dd0d11e9e90aca5ea50 | 09/09/2024 07:26:21 | Tushy | 01/30/2022 | 03/04/2022 | PA0002345788 |
| 36 | f74ceaee4a555aac48e2181709a091b6f21ea6ae | 09/09/2024 01:38:34 | TushyRaw | 09/06/2023 | 09/18/2023 | PA0002430907 |
| 37 | cc25fa384b384f9d28e8e96f77a2d069d1234df9 | 09/01/2024 21:48:47 | Tushy | 06/23/2024 | 07/15/2024 | PA0002480666 |
| 38 | 7b594ef6915c00a84e2acb7201636c3a1a1bc059 | 09/01/2024 06:31:26 | Blacked | 10/02/2019 | 10/21/2019 | PA0002207747 |
| 39 | e3b65e4e461243a969b1a5dc64731e76e728fbea | 08/30/2024 00:00:52 | Tushy | 02/05/2023 | 03/07/2023 | PA0002400315 |
| 40 | 57251aa7cb8f40736d38e1188a3fe9ba0fb8274b | 08/27/2024 21:59:41 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 41 | 926b09bbc256f72aa6703aa14db86d6532e7fde8 | 08/22/2024 13:56:51 | Blacked | 08/23/2019 | 09/11/2019 | PA0002199989 |
| 42 | fad2f08ecc6d9a864263af1a0ab15fcd98ae27b5 | 08/22/2024 10:06:27 | Tushy | 12/02/2019 | 12/17/2019 | PA0002217668 |
| 43 | 8e5093f586461157ed2819a62f307e280fb9f631 | 08/14/2024 15:14:49 | Tushy | 04/28/2024 | 05/08/2024 | PA0002470009 |
| 44 | 706fa5735404e4021ef7045ba6bde8e4a424df62 | 08/13/2024 05:40:20 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 45 | a38ee634fed622326f08502c98bb58cfb9341e7b | 07/31/2024 16:19:39 | Tushy | 03/02/2019 | 04/17/2019 | PA0002186902 |
| 46 | 2ec6382ea6bc90991d44ca064e9e9c960eb477ed | 07/30/2024 16:42:48 | Vixen | 02/12/2021 | 02/26/2021 | PA0002283718 |
| 47 | a385e46bcdf9f3d69418fe3afb1b4b5e5b738357 | 07/29/2024 12:12:05 | Tushy | 01/31/2019 | 02/22/2019 | PA0002155140 |
| 48 | 7419db25b3de73c9e27fe6a9bd19391d8c6f135a | 07/27/2024 23:45:45 | Vixen | 10/23/2020 | 11/18/2020 | PA0002272622 |
| 49 | 1D3EAF91409BCBEB110DC426B6DE7C23D2793E81 | 07/27/2024 02:48:08 | Blacked | 07/22/2024 | 08/14/2024 | PA0002484869 |
| 50 | d9aca614ca65d02dccfd0711cdb28429a95a705b | 07/23/2024 12:09:43 | Tushy | 02/10/2019 | 03/24/2019 | PA0002184028 |
| 51 | d6bead3c7678a7dd87d666433efd01861db9e389 | 07/21/2024 20:47:13 | Blacked Raw | 01/10/2022 | 02/14/2022 | PA0002335456 |
| 52 | fa31fb3836caabf043c162a919ae7f8385af3527 | 07/15/2024 17:47:37 | Blacked Raw | 08/21/2023 | 09/17/2023 | PA0002430900 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 53 | f7d7a46ba5a9e3d96d4e21b639b1504c49b15f1a | 07/09/2024 09:30:19 | Vixen | 06/23/2023 | 08/22/2023 | PA0002431034 |
| 54 | 9dbba828fe10ddca6767aa97dad971034f305e5b | 07/07/2024 03:58:40 | Vixen | 02/08/2020 | 03/18/2020 | PA0002241445 |
| 55 | 11a4398b5a3b03fe1a73ecb33135a6eca1300014 | 06/25/2024 11:23:02 | Vixen | 12/18/2020 | 01/04/2021 | PA0002277038 |
| 56 | 3a209d8e93aa1e2602e26df64d24a0bc3c7038b2 | 06/24/2024 20:06:12 | Vixen | 03/24/2023 | 04/10/2023 | PA0002405937 |
| 57 | 8127dd3956ebee06c23cd659c667e2eab2e8c5aa | 06/19/2024 19:59:13 | Blacked Raw | 12/27/2021 | 01/17/2022 | PA0002330095 |
| 58 | 1b0c15196da7920f73a8dca60d1c75e05fb470e7 | 06/19/2024 10:47:55 | Tushy | 07/05/2020 | 07/20/2020 | PA0002248967 |
| 59 | ecd54422f5f89fb20eec14be964cc472925a04ee | 06/18/2024 03:46:39 | TushyRaw | 04/16/2024 | 05/08/2024 | PA0002470007 |
| 60 | 1a2c2688c7ded4f0b96174db1502e79338a53901 | 06/17/2024 00:27:38 | Vixen | 08/07/2019 | 08/26/2019 | PA0002213240 |
| 61 | 2581d7dddbd35280713bcc6d0d2260f4fb49e8f4 | 06/15/2024 05:48:31 | Blacked | 05/20/2019 | 08/02/2019 | PA0002192291 |
| 62 | 91f018a77cb11a563226e5350af5123365956bf7 | 06/14/2024 19:55:14 | Blacked | 05/21/2022 | 06/27/2022 | PA0002354986 |
| 63 | 2183A04CAA754A18E65976E5D85680C2DEFC408A | 06/07/2024 03:24:53 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 64 | afad2ac67732cbd557c87e0d9045e47f021825f9 | 06/06/2024 19:16:25 | Blacked Raw | 01/11/2021 | 02/26/2021 | PA0002283703 |
| 65 | 1d058bc6fc2185b28fb7f701698a587ef88d93a1 | 06/06/2024 17:06:41 | Vixen | 04/23/2021 | 04/27/2021 | PA0002288949 |
| 66 | 01334fd2140c5c4962952ed3dee982f4755b5705 | 06/06/2024 14:33:18 | Blacked | 07/02/2022 | 07/22/2022 | PA0002359461 |
| 67 | 35c2370ce4e7edd6a0e7ee072442f5c26a587cbd | 06/06/2024 12:17:58 | Tushy | 10/09/2022 | 11/27/2022 | PA0002389321 |
| 68 | 04e2facf6e59e20b8cc7752510757310a016fe02 | 06/06/2024 06:08:12 | Blacked Raw | 10/16/2022 | 11/01/2022 | PA0002378071 |
| 69 | 0a2071116939089fb0f3404ffae918da972c0ca7 | 06/06/2024 04:50:03 | Blacked Raw | 02/21/2022 | 03/29/2022 | PA0002342850 |
| 70 | 93fd269b59104d61ea6952c4c2c7cec03b78f629 | 06/06/2024 04:36:46 | Blacked | 08/12/2023 | 10/18/2023 | PA0002435264 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 71 | 24ea38081cbf6ef940600f65076eaa00d1818092 | 06/05/2024 22:02:34 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 72 | 0551ac36e4110ac04add7b53d1c815f60f888212 | 06/05/2024 21:36:40 | Vixen | 10/21/2022 | 11/01/2022 | PA0002378075 |
| 73 | a1e7114d483d4dd548ed02f8c3778ad91bd863e1 | 06/05/2024 20:58:11 | TushyRaw | 02/06/2024 | 02/13/2024 | PA0002454773 |
| 74 | 02479975c3c558d84dbaf36a0fd80afeb564c8ff | 06/05/2024 13:56:43 | Vixen | 06/18/2021 | 08/20/2021 | PA0002312012 |